UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:92CR00126-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RICKEY VISHON PEARSON | ) | |

It now appearing to the court that the said Rickey Vishon Pearson died on or about May 16, 1996. At which time a remaining liability existed in the amount of $1,000.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This 3 August 2011.

                                   W. Earl Britt
                                   Senior U.S. District Judge